UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                     Complaint No.: M 07-1123

-against-      **AFFIDAVIT**

ARTHUR DOZORTSEV, ET AL.,

        Defendants.

------------------------------------------------------------X

    I, Larissa Dozortsev, being over the age of eighteen years, not being a party to this action and being duly sworn, depose and state under the penalties of perjury that:

    1.    I am a surety to the $1,000,000.00 (one million) Personal Recognizance Bond ("PRB") posted for Defendant Arthur Dozortsev in this case.

    2.    On October 15, 2007, I signed the bond, and was informed that Mr. Dozortsev's PRB was secured by premises owned by Mr. Arthur Dozortsev, located at 444 West 19th Street, #304, New York, New York 10011, with an equity of approximately $1,000,000.00 (one million).

    3.    I have been advised that, on November 14, 2007, the Court modified this condition. Mr. Dozortsev's PRB is no longer secured by Mr. Dozortsev's premises, but rather by premises owned by Mr. Alexander Bromberg, located at 2251 East 65th Street, Brooklyn, New York 11234, with an equity of approximately $600,000.00 (six hundred thousand) to $700,000.00 (seven hundred thousand).

    4.    I understand that the equity of Mr. Bromberg's premises is less than the equity of Mr. Dosortsev's premises.

5.  I consent to this modification.

Dated: New York, New York
       November 14th, 2007

Sworn to before me this
14 day of November 2007

_____
Notary Public

STEVEN FROMM
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01FR6101770
QUALIFIED IN KINGS COUNTY
MY COMMISSION EXPIRES NOV. 30, 2010

_____
LARISSA DOZORTSEV